# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 SEP -8 AM 10: 49
CLERK
SO. DIST. OF GA.

United States of America
v.
Sean Jackson

) Case No: 4:91CR00176-10
) USM No: 07651-021

Date of Original Judgment: March 27, 1992
Date of Previous Amended Judgment: February 2, 2012
*(Use Date of Last Amended Judgment if Any)*

John Watts, Jr.
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __465 months (405 months plus 60 months, consecutive)__ months **is reduced to** __270 months (210 months plus 60 months, consecutive)__.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __February 2, 2012,__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 9/8/15

*Judge's signature*

Dudley H. Bowen, Jr.
United States District Judge
*Printed name and title*

Effective Date: November 1, 2015
*(if different from order date)*